UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:03CV711 (RNC) |
| $6,989.00 IN UNITED STATES CURRENCY, | : | |
| Defendant. | : | January 9, 2004 |
| [CLAIMANT: JASON MOLONSON] | : | |

PLAINTIFF UNITED STATES OF AMERICA'S
RESPONSE TO RULE 41(a) NOTICE OF THE COURT

      The Plaintiff, United States of America ("United States"), hereby responds to the Rule 41(a) Notice entered by the Court on December 18, 2003 in the above-captioned action. The undersigned Assistant United States Attorney respectfully requests that this case be retained on the Court's active docket.

      By way of background, this action was filed on April 21, 2003, in response to a claim of ownership submitted by Jason Molonson. In its Verified Complaint of Forfeiture against the defendant $6,989.00, the Plaintiff, United States of America, alleges that the currency is subject to forfeiture pursuant to the provisions of 21 U.S.C. § 881(a)(6).

      On April 23, 2003, the undersigned mailed a Notice of Lawsuit and Request for Waiver of Service of Process to Claimant Jason Molonson's attorney, Gilbert Shasha. On April 24, 2003, Attorney Shasha waived personal service of the Verified Complaint of Forfeiture and Warrant of Arrest in rem.

      On April 28, May 5, and May 12, 2003, notice of this action was published in the <u>Hartford Courant</u> newspaper. On April 24, 2003, the United States Marshals Service served the Warrant of Arrest in rem on the defendant currency.

On May 27, 2003, Claimant Jason Molonson filed a Statement of Interest in or Right Against the Subject Property and Answer to the Verified Complaint of Forfeiture.

On June 12, 2003, the Plaintiff, United States of America, served its First Set of Interrogatories and Request for Production of Documents to Claimant Jason Molonson.

On August 22, 2003, the Claimant Jason Molonson responded to the United States of America's discovery requests.

Upon receipt of Claimant's discovery responses, undersigned counsel requested additional documentation from Claimant's prior employers, and requested tax returns and tax information from the IRS. The tax return information from the IRS was received in late December, 2003.

Undersigned counsel has contacted Attorney Shasha's office and requested clarification of certain documents produced in support of his client's claim, and has also requested additional documentation. Today, January 9, 2004, Attorney Shasha's office has indicated that they have plans to meet with their client on Monday, January 12, 2004, and that he will be providing additional documentation to them at that time.

The United States requests that this case remain on the Court's active docket to allow the parties time to review additional supporting documentation and explore the possibility of a settlement.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    JULIE G. TURBERT
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT  06508
    (203) 821-3700
    FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Plaintiff United States of America's Response to Rule 41(a) Notice of the Court has been mailed, postage prepaid, this 9th day of January, 2004, to:

Gilbert Shasha, Esq.
37 Granite Street
P.O. Box 1736
New London, CT 06320

                                              JULIE G. TURBERT
                                              ASSISTANT U.S. ATTORNEY
                                              P.O. BOX 1824
                                              NEW HAVEN, CT 06508
                                              (203) 821-3700
                                              FEDERAL BAR # ct23398