03CV711 Stat rpt

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


FILED
2004 JAN 12 A 10:
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$6,989.00 IN UNITED STATES CURRENCY,<br><br>Defendant.<br><br>[CLAIMANT: JASON MOLONSON] | Civil No. 3:03CV711 (RNC)<br><br>January 9, 2004 |

### PLAINTIFF UNITED STATES OF AMERICA'S RESPONSE TO RULE 41(a) NOTICE OF THE COURT

The Plaintiff, United States of America ("United States"), hereby responds to the Rule 41(a) Notice entered by the Court on December 18, 2003 in the above-captioned action. The undersigned Assistant United States Attorney respectfully requests that this case be retained on the Court's active docket.

By way of background, this action was filed on April 21, 2003, in response to a claim of ownership submitted by Jason Molonson. In its Verified Complaint of Forfeiture against the defendant $6,989.00, the Plaintiff, United States of America, alleges that the currency is subject to forfeiture pursuant to the provisions of 21 U.S.C. § 881(a)(6).

On April 23, 2003, the undersigned mailed a Notice of Lawsuit and Request for Waiver of Service of Process to Claimant Jason Molonson's attorney, Gilbert Shasha. On April 24, 2003, Attorney Shasha waived personal service of the Verified Complaint of Forfeiture and Warrant of Arrest in rem.

On April 28, May 5, and May 12, 2003, notice of this action was published in the Hartford Courant newspaper. On April 24, 2003, the United States Marshals Service served the Warrant of Arrest in rem on the defendant currency.

---

*[Handwritten margin note:] 1/15/04 The Clerk will keep the case on the active docket for now.*