UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:03CV711 (RNC) |
| $6,989.00 IN UNITED STATES CURRENCY, | : | |
| Defendant. | : | October 26, 2004 |
| [CLAIMANT: JASON MOLONSON] | : | |

PLAINTIFF UNITED STATES OF AMERICA'S
RESPONSE TO RULE 41(a) NOTICE OF THE COURT

    The Plaintiff, United States of America ("United States"), hereby responds to the Rule 41(a) Notice entered by the Court on October 10, 2004 in the above-captioned action. The undersigned Assistant United States Attorney respectfully requests that this case be retained on the Court's active docket.

    On January 12, 2004, the Plaintiff, United States of America, responded to a Rule 41(a) Notice of the Court and reported the following information:

    1.    This action was filed on April 21, 2003, in response to a claim of ownership submitted by Jason Molonson. In its Verified Complaint of Forfeiture against the defendant $6,989.00, the Plaintiff, United States of America, alleges that the currency is subject to forfeiture pursuant to the provisions of 21 U.S.C. § 881(a)(6).

    2.    On April 23, 2003, the undersigned mailed a Notice of Lawsuit and Request for Waiver of Service of Process to Claimant Jason Molonson's attorney, Gilbert Shasha. On April 24, 2003, Attorney Shasha waived personal service of the Verified Complaint of Forfeiture and Warrant of Arrest in rem.

3. On April 28, May 5, and May 12, 2003, notice of this action was published in the <u>Hartford Courant</u> newspaper. On April 24, 2003, the United States Marshals Service served the Warrant of Arrest in rem on the defendant currency.

4. On May 27, 2003, Claimant Jason Molonson filed a Statement of Interest in or Right Against the Subject Property and Answer to the Verified Complaint of Forfeiture.

5. On June 12, 2003, the Plaintiff, United States of America, served its First Set of Interrogatories and Request for Production of Documents to Claimant Jason Molonson.

6. On August 22, 2003, the Claimant Jason Molonson responded to the United States of America's discovery requests.

7. Upon receipt of Claimant's discovery responses, undersigned counsel requested additional documentation from Claimant's prior employers, and requested tax returns and tax information from the IRS. The tax return information from the IRS was received in late December, 2003.

8. Undersigned counsel also contacted Attorney Shasha's office and requested clarification of certain documents produced in support of his client's claim, and also requested additional documentation. On January 9, 2004, Attorney Shasha's office indicated that Mr. Molonson would be meeting with Attorney Shasha on Monday, January 12, 2004, and that he would provide additional documentation at that time.

Since the United States of America's filing of its first Rule 41(a) Response on January 12, 2004, the following has occurred in this case:

9. On March 11, 2004, undersigned counsel attempted to contact Attorney Shasha regarding the outstanding documentation. The following day on March 12, 2004, undersigned counsel learned from the State's Attorney's Office in New London that Jason Molonson had suddenly passed away on January 31, 2004.

    10.    On March 18, 2004, undersigned counsel wrote to Attorney Shasha regarding the outstanding documentation and to request that he contact me to discuss this matter in light of his client's sudden passing.

    11.    On May 5, 2004, undersigned counsel attempted to reach Attorney Shasha by telephone, but the call was not returned. By letter dated May 7, 2004, undersigned counsel again contacted Attorney Shasha in an effort to discuss resolving this matter in light of his client's passing.

    12.    Upon receipt of the Court's Rule 41(a) Notice, undersigned counsel spoke with Attorney Shasha's legal assistant who indicated that he was attempting to obtain the requested documentation from mother of Jason Molonson's child.

The United States requests that this case remain on the Court's active docket to allow Claimant's attorney an opportunity to obtain and provide the United States with documentation which supports his client's claim. Once the documentation is obtained and reviewed, the United States will be in a better position to resolve this matter.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    JULIE G. TURBERT
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT  06508
    (203) 821-3700
    FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Plaintiff United States of America's Response to Rule 41(a) Notice of the Court has been mailed, postage prepaid, this 26th day of October, 2004, to:

Gilbert Shasha, Esq.
37 Granite Street
P.O. Box 1736
New London, CT 06320

                                                JULIE G. TURBERT
                                                ASSISTANT U.S. ATTORNEY
                                                P.O. BOX 1824
                                                NEW HAVEN, CT 06508
                                                (203) 821-3700
                                                FEDERAL BAR # ct23398