UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 OCT 27  A 10: 35

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV711 (RNC) |
| | : | |
| $6,989.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant. | : | October 26, 2004 |
| | : | |
| [CLAIMANT: JASON MOLONSON] | : | |

### PLAINTIFF UNITED STATES OF AMERICA'S
### RESPONSE TO RULE 41(a) NOTICE OF THE COURT

The Plaintiff, United States of America ("United States"), hereby responds to the Rule 41(a) Notice entered by the Court on October 10, 2004 in the above-captioned action. The undersigned Assistant United States Attorney respectfully requests that this case be retained on the Court's active docket.

On January 12, 2004, the Plaintiff, United States of America, responded to a Rule 41(a) Notice of the Court and reported the following information:

1.  This action was filed on April 21, 2003, in response to a claim of ownership submitted by Jason Molonson. In its Verified Complaint of Forfeiture against the defendant $6,989.00, the Plaintiff, United States of America, alleges that the currency is subject to forfeiture pursuant to the provisions of 21 U.S.C. § 881(a)(6).

2.  On April 23, 2003, the undersigned mailed a Notice of Lawsuit and Request for Waiver of Service of Process to Claimant Jason Molonson's attorney, Gilbert Shasha. On April 24, 2003, Attorney Shasha waived personal service of the Verified Complaint of Forfeiture and Warrant of Arrest in rem.

*[handwritten margin notes:]* The Clerk will keep this case in active status. The case will be dismissed unless judgment proposal is made in the next 60 days.

FILED

NOV -1  A 10: 43

DISTRICT COURT
HARTFORD, CT.

11/1/04