UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : |
| v. | :   Case No. 3:03CV971(RNC) |
| $6,989.00, | : |
|     Defendant. | : |

FILED
2005 JAN -11 P 2:31
US DISTRICT COURT
HARTFORD, CT.

### ORDER

On November 1, 2004, the court ordered the clerk to keep this case in active status but warned the parties that the case would be dismissed unless substantial progress was made in the next sixty days. The parties have not advised the court that any progress has been made. Accordingly, the case is dismissed. Any motion to reopen must be filed on or before January 21, 2005 and must be accompanied by an affidavit showing good cause for failing to move the case along as directed. The clerk may close the file.

So ordered.

Dated at Hartford, Connecticut this ___ day of January 2005.

_____
Robert N. Chatigny
United States District Judge