UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV00711 (RNC) |
| | : | |
| $6,989.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant. | : | January 20, 2005 |
| | : | |
| [CLAIMANT: JASON MOLONSON] | : | |

NOTICE OF APPEARANCE

Please enter the appearance of Assistant United States Attorney, Chief of the Civil Division , John B. Hughes as counsel for the United States of America in the above-captioned action.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        JOHN B. HUGHES
        CHIEF, CIVIL DIVISION
        ASSISTANT U.S. ATTORNEY
        P.O. BOX 1824
        NEW HAVEN, CT  06508
        (203) 821-3700
        FEDERAL BAR # ct05289

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Notice of Appearance has been mailed, postage prepaid, on this 20th day of January, 2004, to:

Gilbert Shasha, Esq.
37 Granite Street
New London, CT 06320

                              JOHN B. HUGHES
                              CHIEF, CIVIL DIVISION
                              ASSISTANT U.S. ATTORNEY