UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV00711 (RNC) |
| | : | |
| $6,989.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant. | : | January 20, 2005 |
| | : | |
| [CLAIMANT: JASON MOLONSON] | : | |

MOTION TO REOPEN CASE

The Plaintiff, United States of America, hereby responds to the Court's Order dismissing the above-captioned case, entered on January 12, 2005, and respectfully moves the Court to reopen this case for good cause. This motion is supported by the attached affidavit of Assistant United States Attorney John B. Hughes.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    JOHN B. HUGHES
    CHIEF, CIVIL DIVISION
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT  06508
    (203) 821-3700
    FEDERAL BAR # ct05289