UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV00711 (RNC) |
| | : | |
| $6,989.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant. | : | January 20, 2005 |
| | : | |
| [CLAIMANT: JASON MOLONSON] | : | |

AFFIDAVIT IN SUPPORT OF MOTION TO REOPEN CASE

I am an Assistant United States Attorney, Chief of the Civil Division and represent the Plaintiff, United States of America, ("Plaintiff") in this action.

On April 21, 2003, a Verified Complaint of Forfeiture against the Defendant, $6,989.00 in United States currency ("Defendant Currency"), was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the Defendant Currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

On April 23, 2003, Gilbert Shasha, attorney for the Claimant, Jason Molonson, waived service of the Verified Complaint of Forfeiture and Warrant of Arrest in Rem.

On April 28, May 5, and May 12, 2003, notice of this action was published in the Hartford Courant newspaper.

On May 27, 2003, Claimant Jason Molonson filed a Statement of Interest in or Right Against the Defendant Currency and Answer to the Verified Complaint of Forfeiture.

On June 12, 2003, the Plaintiff served its First Set of Interrogatories and Request for Production of Documents to Claimant Jason Molonson.

On August 22, 2003, the Claimant Jason Molonson responded to the Plaintiff's discovery requests.

On March 12, 2004, Plaintiff's counsel learned from the State's Attorney's Office in New London that Jason Molonson had suddenly passed away on January 31, 2004.

On May 5, 2004, counsel for the Plaintiff attempted to reach Attorney Shasha by telephone, but the call was not returned.

On May 7, 2004, in an effort to discuss resolving his matter, Plaintiff's counsel wrote a letter to Attorney Shasha regarding additional documentation needed to assess the validity of his client's claim to the Defendant Currency.

On October 19, 2004, Plaintiff's counsel spoke with Attorney Shasha's legal assistant who indicated that he was attempting to obtain the requested documentation from the mother of Jason Molonson's child.

On October 26, 2004, the United States responded to the Court's Rule 41(a) Notice, and requested that this case remain on the active docket to allow Claimant's attorney an opportunity to obtain and provide the United States with documentation which supports his client's claim.

On January 12, 2005, the Court dismissed this case.

On January 12, 2005, having not received any additional documentation from Claimant's counsel, the United States Attorney's Office attempted to reach Attorney Shasha by telephone to discuss a resolution of this case. The telephone call was not returned.

On January 19, 2005, the United States Attorney's Office contacted Attorney Shasha's office regarding this case, this telephone call was not returned.

On January 20, 2005, the United States Attorney's Office again contacted Attorney Shasha's office.  Attorney Shasha's assistant indicated that they had not received notice of the case being dismissed but that they would contact the mother of Jason Molonson's child to obtain the additional documentation regarding the defendant currency.

In light of Claimant's passing, the affiant requests that his case be reopened and remain on the Court's active docket to allow Claimant's attorney an opportunity to obtain and provide the United States with documentation which supports his client's claim.  Once this documentation is received, the United States will be in a better position to resolve this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New Haven, Connecticut on this 20th day of January, 2005.


_____JOHN B. HUGHES
CHIEF, CIVIL DIVISION
ASSISTANT U.S. ATTORNEY


County of New Haven, State of Connecticut
Subscribed and sworn to before me, in my presence,
this 20th day of January, 2005,
by John B. Hughes

_____

Jaime L.  Swift
Notary Public
My Commission expires May, 2008.

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion to Reopen Case and Affidavit in Support of Motion to Reopen Case has been mailed, postage prepaid, on this 20th day of January, 2004, to:

Gilbert Shasha, Esq.
37 Granite Street
New London, CT 06320

                                                JOHN B. HUGHES
                                                CHIEF, CIVIL DIVISION
                                                ASSISTANT U.S. ATTORNEY