# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

USA
V.
$ 6,989.00

FILED
2005 JAN 21 P 2: 21
U.S. DISTRICT COURT
HARTFORD, CT

CASE NUMBER 3:03CV711(RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: JASON MOLONSON

01/20/05
Date

05387
Connecticut Federal Bar Number

860-442-4428
Telephone Number

_[Signature]_
Signature

GILBERT SHASHA
Print Clearly or Type Name

P.O. BOX 1736
Address
NEW LONDON, CT 06320

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508

_[Signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.feb.96