UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT

2005 JAN 21  A 10: 20

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:03CV00711 (RNC) |
| $6,989.00 IN UNITED STATES CURRENCY, | : |
| Defendant. | : January 20, 2005 |
| [CLAIMANT: JASON MOLONSON] | : |

## MOTION TO REOPEN CASE

The Plaintiff, United States of America, hereby responds to the Court's Order dismissing the above-captioned case, entered on January 12, 2005, and respectfully moves the Court to reopen this case for good cause. This motion is supported by the attached affidavit of Assistant United States Attorney John B. Hughes.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

---

**January 28, 2005.**   United States v. $6,989.00 in United States Currency
3:03CV00711 (RNC)

Re:  Plaintiff's Motion to Reopen the Case (Doc. # 14)

Denied without prejudice to refiling once plaintiff has obtained the documentation from Attorney Shasha supporting the validity of his client's claim. So ordered.

_____
Robert N. Chatigny, U.S.D.J.

FILED 2005 JAN 28 P 2:2[?] U.S. DISTRICT COURT HARTFORD