UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV711 (RNC) |
| | : | |
| $6,989.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant. | : | August 8, 2005 |
| | : | |
| [CLAIMANT: ESTATE OF JASON MOLONSON] | : | |
| | : | |

STIPULATION FOR COMPROMISE SETTLEMENT AND ORDER

It is hereby stipulated by and between the PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), on the one hand, and the CLAIMANT, ESTATE OF JASON MOLONSON, ("CLAIMANT"), on the other, by and through their respective attorneys, as follows:

1. That the parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2. That the UNITED STATES agrees to return to the CLAIMANT ESTATE OF JASON MOLONSON, the amount of THREE THOUSAND FOUR HUNDRED NINETY FOUR DOLLARS AND 50/100 ($3,494.50).

3. That the CLAIMANT ESTATE OF JASON MOLONSON agrees to the forfeiture of THREE THOUSAND FOUR HUNDRED NINETY FOUR DOLLARS AND 50/100

($3,494.50) to the UNITED STATES pursuant to 21 U.S.C. § 881(a)(6), for disposition according to law.

    4.    That the CLAIMANT hereby releases and forever discharges the United States of America, the Drug Enforcement Administration, the United States Marshals Service, and the Connecticut State Police, their officers, agents, servants, and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the Defendant Currency.

    5.    That the CLAIMANT further agrees to hold and save the United States of America, the Drug Enforcement Administration, the United States Marshals Service, and the Connecticut State Police, their servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the seizure, detention, and forfeiture of the Defendant Currency.

    6.    This Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees, or on the part of the CLAIMANT, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

7. The UNITED STATES and the CLAIMANT agree to bear their own costs and attorneys' fees, and to execute and/or consent to, any additional documents necessary to implement the terms of this stipulated agreement.

                                        UNITED STATES OF AMERICA

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY

Dated: _____

                                        JULIE G. TURBERT
                                        ASSISTANT U.S. ATTORNEY
                                        P.O. BOX 1824
                                        NEW HAVEN, CT 06508
                                        (203) 821-3700
                                        FEDERAL BAR # ct23398

                                        ATTORNEY FOR THE PLAINTIFF
                                        UNITED STATES OF AMERICA

Dated: _____

                                        GILBERT SHASHA, ESQ.
                                        37 GRANITE STREET
                                        P.O. BOX 1736
                                        NEW LONDON, CT 06320
                                        (860) 442-4428
                                        FEDERAL BAR # ct

                                        ATTORNEY FOR THE CLAIMANT
                                        ESTATE OF JASON MOLONSON

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV711 (RNC) |
| | : | |
| $6,989.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| [CLAIMANT: ESTATE OF JASON MOLONSON] | : | |
| | : | |

ORDER

Based on the foregoing Stipulation for Compromise Settlement, it is hereby ORDERED AND ADJUDGED:

1.  that the United States Marshal shall return to the CLAIMANT, ESTATE OF JASON MOLONSON, the amount of THREE THOUSAND FOUR HUNDRED NINETY FOUR DOLLARS AND 50/100 ($3,494.50) by check made payable to: Gilbert Shasha, Esq., in Trust for the Estate of Jason Molonson, 37 Granite Street, P.O. Box 1736, New London, Connecticut 06320;

    2.    that the United States Marshal shall keep on deposit the amount of THREE THOUSAND FOUR HUNDRED NINETY FOUR DOLLARS AND 50/100 ($3,494.50) pending the entry of a Decree of Forfeiture.

    SO ORDERED this \_\_\_\_\_ day of _____, 2005 at Hartford, Connecticut.

    _____
    ROBERT N. CHATIGNY
    CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulation for Compromise Settlement and Order has been mailed, postage prepaid, on this 8th day of August, 2005, to:

Gilbert Shasha, Esq.
37 Granite Street
P.O. Box 1736
New London, CT 06320

                                                JULIE G. TURBERT
                                                ASSISTANT U.S. ATTORNEY
                                                P.O. BOX 1824
                                                NEW HAVEN, CT  06508
                                                (203) 821-3700
                                                FEDERAL BAR # ct23398