UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:03CV711 (RNC) |
| $6,989.00 IN UNITED STATES CURRENCY, | : |
| Defendant. | : |
| [CLAIMANT: ESTATE OF JASON MOLONSON] | : |

ORDER

Based on the foregoing Stipulation for Compromise Settlement, it is hereby ORDERED AND ADJUDGED:

1. that the United States Marshal shall return to the CLAIMANT, ESTATE OF JASON MOLONSON, the amount of THREE THOUSAND FOUR HUNDRED NINETY FOUR DOLLARS AND 50/100 ($3,494.50) by check made payable to: Gilbert Shasha, Esq., in Trust for the Estate of Jason Molonson, 37 Granite Street, P.O. Box 1736, New London, Connecticut 06320;

2.   that the United States Marshal shall keep on deposit the amount of THREE THOUSAND FOUR HUNDRED NINETY FOUR DOLLARS AND 50/100 ($3,494.50) pending the entry of a Decree of Forfeiture.

SO ORDERED this _12_ day of __August__, 2005 at Hartford, Connecticut.

_____
ROBERT N. CHATIGNY
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulation for Compromise Settlement and Order has been mailed, postage prepaid, on this 8th day of August, 2005, to:

Gilbert Shasha, Esq.
37 Granite Street
P.O. Box 1736
New London, CT 06320

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR # ct23398