UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV00711 (RNC) |
| | : | |
| $6,989.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant. | : | August 26, 2005 |
| | : | |
| [CLAIMANT: ESTATE OF JASON MOLONSON] | : | |

<u>MOTION FOR DECREE OF FORFEITURE</u>

Pursuant to Rule 55, Federal Rules of Civil Procedure, and Rule C(6) of the

Supplemental Rules for Certain Admiralty and Maritime Claims, the Plaintiff, United States of

America, respectfully moves this Court for entry of a Decree of Forfeiture.

This motion is supported by the previously filed Verified Complaint of Forfeiture,

Warrant of Arrest <u>In</u> <u>Rem</u>, and Stipulation for Compromise Settlement.  A proposed Decree of

Forfeiture is submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Decree of Forfeiture

and proposed Decree of Forfeiture have been mailed, postage prepaid, on this 26th day of August,

2005, to:

Gilbert Shasha, Esq.
37 Granite Street
New London, CT 06320

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY

2