UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV00711 (RNC) |
| | : | |
| $6,989.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| [CLAIMANT: ESTATE OF JASON MOLONSON] | : | |

## DECREE OF FORFEITURE

On April 21, 2003, a Verified Complaint of Forfeiture against the Defendant, $6,989.00 in United States Currency ("Defendant Currency"), was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the Defendant Currency represent proceeds of trafficking in controlled substances in violation of 21 U.S.C. §§ 801 et seq, and is, therefore, subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant of Arrest In Rem issued by this Court on April 21, 2003, the United States Marshal Service for the District of Connecticut seized said property on April 24, 2003;

That on April 24, 2003, Gilbert Shasha, attorney for the Claimant, the Estate[1] of Jason Molonson, waived service of the Verified Complaint of Forfeiture, and Warrant of Arrest in Rem;

That on April 28, May 5, and May 12, 2003, notice of this action was published in the <u>Hartford Courant</u> newspaper;

That on August 12, 2005, the Court approved a Stipulation for Compromise Settlement, entered into by the parties in which the United States agreed to return $3,494.50 of the seized currency to the Estate of Jason Molonson, in care of its attorney, Gilbert Shasha, in exchange for the forfeiture of the remaining $3,494.50 to the United States of America.

Now, therefore, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the default as to all persons having any right, title or interest the Defendant Currency under seizure in this action be and is hereby entered herein; and it is further

ORDERED, ADJUDGED AND DECREED that $3,494.50 in United States currency, be forfeited to the United States of America and disposed of according to law.

Dated at Hartford, Connecticut, this _____ day of _____, 2005

HONORABLE ROBERT N. CHATIGNY
UNITED STATES DISTRICT JUDGE

---

[1] Since the filing of this action, the Claimant passed away and this estate e has been substituted as the Claimant in this case.