

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:03CV00711 (RNC) |
| $6,989.00 IN UNITED STATES CURRENCY, | : | |
| Defendant. | : | August 26, 2005 |
| [CLAIMANT: ESTATE OF JASON MOLONSON] | : | |

MOTION FOR DECREE OF FORFEITURE

Pursuant to Rule 55, Federal Rules of Civil Procedure, and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Plaintiff, United States of America, respectfully moves this Court for entry of a Decree of Forfeiture.

This motion is supported by the previously filed Verified Complaint of Forfeiture, Warrant of Arrest In Rem, and Stipulation for Compromise Settlement. A proposed Decree of Forfeiture is submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR # ct23398

August 29, 2005.  Granted.  So ordered.

Robert N. Chatigny, U.S.D.J.